IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEEDA AUTOSPORTS, LLC, § § Plaintiff, § § v. § § UPR PRODUCTS, INC.; JOSEPH § MAINIERO; AND DOES 1 § THROUGH 10, § § Defendants. § § | Filed at 4:20 P.M. 12/6, 2018 [signature] DEPUTY CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF GEORGIA CIVIL ACTION NO.: 7:18-cv-00185-WLS |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER**

Under Local Rule 6.1, the parties stipulate to extend the time within which Defendants have to answer the Complaint (Dkt. 1) not to exceed more than thirty (30) days from the original answer deadline. The original answer deadline is December 4, 2018. The stipulated extended answer deadline is January 3, 2019.

Submitted this 3rd day of December, 2018.

|  |  |
|---|---|
|  | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| One Atlanta Plaza 950 East Paces Ferry Road Suite 2850 Atlanta, Georgia 30326 p. 470.419.6650 f. 470.419.6651 | /s/ W. Shawn Bingham W. Shawn Bingham Georgia Bar No.: 839706 *Attorney for Plaintiff Steeda Autosports, LLC* |

9469535v.1

| | |
|---|---|
| 3475 Lenox Road NE<br>Suite 400<br>Atlanta, Georgia 30326<br>p. 228.671.8229<br>f. 229.333.0885 | **COLEMAN TALLEY LLP**<br><br>*/s/ Edward F. Preston*<br>*(signed with express permission)*<br>Edward F. Preston<br>Georgia Bar No.: 587416<br>*Attorney for Plaintiff Steeda*<br>*Autosports, LLC* |

SO ORDERED this 6th day of December, 2018.

W. Louis Sands, Sr. Judge
United States District Court

9469535v.1